FILED

JUL 15 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. |
| v. | ) ) | |
| CORTEZE EDWARDS. | ) ) | **4:26CR326 SRC/SRW** |
| Defendant. | ) ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 28, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZE EDWARDS,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about April 28, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZE EDWARDS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl. a Schedule II controlled

substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT THREE

The Grand Jury further charges that:

On or about April 28. 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZE EDWARDS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT FOUR

The Grand Jury further charges that:

On or about April 28, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZE EDWARDS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that:

On or about April 28, 2026, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZE EDWARDS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Counts Two, Three and Four.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) or 924(c) as set forth above, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violations.

2.      If any of the property described above, as a result of any act or omission of the defendants:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third party;

   c.      has been placed beyond the jurisdiction of the court;

   d.      has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided

without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

A TRUE BILL

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney